FILED '08 MAR 12 13:26 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF JILLIAN MORRISON, LLC, CHET MORRISON DIVING, LLC, CHET MORRISON CONTRACTORS, INC. AND CHET MORRISON SERVICES, LLC AS OWNER AND/OR OPERATORS OF THE M/V JILLIAN MORRISON PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * CIVIL ACTION NO: <br> * <br> * JUDGE    **08-1255** <br> * <br> * MAGISTRATE <br> *          **SECT. D  MAG. 5** <br> * <br> * <br> * |

## COMPLAINT FOR EXONERATION
## FROM OR LIMITATION OF LIABILITY

**NOW INTO COURT**, through undersigned counsel, comes Jillian Morrison, LLC, as owner, Chet Morrison Diving, LLC, Chet Morrison Contractors, Inc. and Chet Morrison Services, LLC, as owner *pro hac vice*, charterer and/or operator of the M/V JILLIAN MORRISON, seeking exoneration from, or alternatively limitation of liability, who with respect, alleges, avers and specifically represents, upon information and belief, as follows in their Complaint for Exoneration from or Limitation of Liability.

I.

This is an action filed pursuant to the Shipowners' Limitation of Liability Act, 46 U.S.C. §181, *et seq*. Jurisdiction is proper in this Court pursuant to its admiralty and maritime

Fee  350.
Process
X  Dktd
   CtRmDep
   Doc. No

1

jurisdiction 28 U.S.C. §1333. This matter involves an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

II.

Venue is proper in the United States District Court for the Eastern District of Louisiana pursuant to Rule F(9) of the Supplemental Rules of Certain Admiralty and Maritime Claims.

III.

Plaintiff, Jillian Morrison, LLC, is a limited liability company organized and existing under the laws of the State of Louisiana.

IV.

At all times material hereto Jillian Morrison, LLC was the registered owner of the M/V JILLIAN MORRISON.

V.

Further, Plaintiffs, Chet Morrison Diving, LLC, a limited liability company organized and existing under the laws of the State of Louisiana, Chet Morrison Contractors, Inc., a corporation organized and existing under the laws of the State of Louisiana, and Chet Morrison Services, a limited liability company organized and existing under the laws of the State of Louisiana, were the owners *pro hac vice*, charterers and/or operators of the M/V JILLIAN MORRISON (hereinafter referred to collectively with the registered owner as "Plaintiffs").

VI.

At all times Plaintiffs exercised due diligence to maintain the M/V JILLIAN MORRISON in a seaworthy condition and reasonably fit for the service in which she was engaged.

VII.

On or about March 11, 2008, there was an explosion on and/or near M/V JILLIAN MORRISON while operating in the Gulf of Mexico off the coast of Louisiana causing injuries and/or deaths and damage to property. It is anticipated there may be several personal injury, death and property claims asserted as a result of the incident.

VIII.

The potential claims against Jillian Morrison exceed Plaintiffs' interest in the M/V JILLIAN MORRISON and its freight then pending.

IX.

The above described events, and any alleged losses, damages or injuries resulting from the above described explosion, were not caused or contributed to by the fault, neglect, lack of due diligence or want of due care on the part of the M/V JILLIAN MORRISON, the design or condition of the M/V JILLIAN MORRISON nor was the M/V JILLIAN MORRISON in any way unseaworthy. Rather, if any damages, losses or injuries were sustained as a result of the incident involving the M/V JILLIAN MORRISON on March 11, 2008 which is specifically denied, said damages were due to and/or caused by the fault, neglect, lack of due diligence or want of due care of others for whom Plaintiffs are not responsible.

X.

Alternatively, the above described event, and any alleged losses, damages or injuries resulting therefrom, were done, occasioned or occurred without the privity or knowledge of Plaintiffs.

XI.

This Complaint is filed within six months of the date Plaintiffs received notice of a claim against it as vessel owner which claim could exceed the value of the vessel.

XII.

Plaintiffs have deposited with the Court as security for the benefit of all claimants, a Letter of Undertaking in the amount of ONE MILLION AND NO/100 DOLLARS ($1,000,000.00) and a Tender of Costs for these proceedings as required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and L.A.R. 65.1

XIII.

Plaintiffs demand exoneration from liability for all damages, injuries, death, or losses of any nature or kind, occasioned by or arising out of the explosion involving the M/V JILLIAN MORRISON on March 11, 2008.  Plaintiffs further allege that it has valid defenses under the facts and applicable law to any claims arising therefrom.  Alternatively, as owner and/or owner *pro hac vice,* operators and charterers of the M/V JILLIAN MORRISON, without admitting, but affirmatively denying any and all liability, Plaintiffs demand limitation of liability as provided by 46 U.S.C. §181, *et seq.* and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims.

XIV.

Pursuant to 46 U.S.C. §181, *et seq.*, Plaintiffs are entitled to have all claims and issues concerning the incident in question determined in a single proceeding before the United States District Court for the Eastern District of Louisiana sitting in admiralty.

**WHEREFORE**, Jillian Morrison, LLC, Chet Morrison Diving, LLC, Chet Morrison Contractors, Inc. and Chet Morrison Services, LLC pray for relief as follows:

1) That this Honorable Court enter an Order approving the aforementioned Letter of Undertaking deposited with the Court by Plaintiffs as security for the amount or value of Plaintiffs' interest in the M/V JILLIAN MORRISON;

2) This Honorable Court issue a notice to all persons asserting claims with respect to which this complaint seeks exoneration from or limitation of liability, requiring said claimants to file their respective claims with the Clerk of Court and to serve on attorneys for Plaintiffs, a copy thereof on or before a date to be named in said notice and, further, if any claimant decides to contest the right of Plaintiffs to exoneration from or limitation of liability, said claim and an answer to the complaint be filed and served on the attorneys for Plaintiffs on or before the aforementioned date to be set by this Court;

3) This Honorable Court enjoin the further prosecution of any and all actions, suits or proceedings of any nature or description already commenced or which may hereafter be commenced in any jurisdiction against Jillian Morrison, LLC, Chet Morrison Diving, LLC, Chet Morrison Contractors, Inc. and Chet Morrison Services, LLC the M/V JILLIAN MORRISON, and its crew, their respective underwriters and insurers or any other property of Jillian Morrison, LLC (list here) except in this action, to recover damages as a result of loss of life, bodily injury, damage to property or other loss or damage resulting from said incident;

4) This Honorable Court adjudge that Plaintiffs are not liable to any extent for any loss of life, bodily injury, property damage or other loss or damage resulting from said incident;

5) Alternatively, and only if Plaintiffs be adjudged liable, that such liability on the part of Plaintiffs for the loss of life, bodily injury, property damage or other loss or damage as a

consequence of said incident be limited to the amount for value of Plaintiffs' interest in the M/V JILLIAN MORRISON; and

6) That Plaintiffs be granted such other relief as justice of the cause may require and this Honorable Court may be competent to grant.

      Respectfully submitted,

      **REICH, ALBUM & PLUNKETT, LLC**

      _____
      **ROBERT S. REICH (#11163))**
      **LAWRENCE R. PLUNKETT, JR. (#23869)**
      Two Lakeway Center, Suite 1000
      3850 North Causeway Boulevard
      Metairie, LA 70002
      Tel: (504) 830-3999
      Fax: (504) 830-3950
      rreich@rapllclaw.com
      lplunkett@rapllclaw.com
      *Attorneys for Jillian Morrison, LLC, Chet Morrison Diving, LLC, Chet Morrison Contractors, Inc. and Chet Morrison Services, LLC*