UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM SONIA, ET AL | * | CIVIL ACTION NO: 08-1526 |
| | * | c/w 08-1255 |
| versus | * | SECTION "A" |
| | * | |
| JILLIAN MORRISON, LLC, ET AL | * | MAGISTRATE: 2 |

* * * * * * * * * *

## COMPLAINT OF INTERVENTION

**NOW INTO COURT,** through undersigned counsel comes, JIM S. HALL & ASSOCIATES, LLC, with respect represents the following:

1.

Intervenor, Jim S. Hall & Associates, LLC, is a limited liability corporation licensed to do and doing business within the State of Louisiana and the jurisdiction of this Honorable Court.

2.

Made defendants in intervention are:

a) William Sonia, individually and as provisional administrator of Michael Sonia, on information and belief a person of full age of majority and a resident of the State of Louisiana;

b) Jillian Morrison, LLC, a domestic corporation licensed to do and doing business in the State of Louisiana;

c) Chet Morrison Diving, LLC, a domestic corporation licensed to do and doing business in the State of Louisiana;

d) Chet Morrison Contractors, Inc., a domestic corporation licensed to do and doing

      business in the State of Louisiana; and

e)      Chet Morrison Services, LLC, a domestic corporation licensed to do and doing business in the State of Louisiana

3.

This Court has jurisdiction of this matter in that this matter is ancillary to the main demand in this case and is also made pursuant to the General Maritime Law, 28USC 1333.

4.

The above entitled and numbered action is an action that includes a demand filed by William Sonia, et al for compensation of damages and other losses which is more fully set forth in the Complaint filed herein.

5.

Intervenor, Jim S. Hall & Associates, LLC, entered into a contract where the intervenor would represent William Sonia, et al as attorney to assert their claims for damages relating to the injuries of Michael Sonia.

6.

During the period of representation of defendants in intervention, William Sonia, et al, Jim S. Hall & Associates, LLC, expended efforts and monies pursuing the claim for damages including costs on behalf of defendants, William Sonia, et al.

7.

Intervenor, Jim S. Hall & Associates, LLC, is entitled to recognition of a lien/privilege, pursuant to La R.S. 37:218, which lien/privilege should take priority over any other lien/privilege or assignments given in this case pursuant to Louisiana Law, in accordance with aforementioned contract. Intervenor is also entitled to payment of attorney fees on a quantum maritime basis for

the efforts expended on behalf of the defendants in intervention, William Sonia, et al, and also for the reimbursement of all costs expended on their behalf.

8.

Intervenor, Jim S. Hall & Associates, LLC, has an interest relating to the claim which is subject of the Complaint for damages filed in this case and this intervention will not unduly delay the trial thereof nor retard the progress of the principal action.

**WHEREFORE,** Intervenor, Jim S. Hall & Associates, LLC, prays that the defendants in intervention named herein be served and after due proceedings be had that there be judgment in favor of the Intervenor, Jim S. Hall & Associates, LLC, and against defendants in intervention, William Sonia, et al and Jillian Morrison LLC, et al uniting the lien of Jim S. Hall & Associates, LLC, for attorney fees and costs involved in representation of William Sonia, et al and for the payment of attorney fees and costs in accordance with Louisiana Law and for all costs of these proceedings.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES, LLC**

/s / Jim S. Hall
**JIM S. HALL (#21644)**
**JOSEPH W. RAUSCH (#11394)**
800 N. Causeway Blvd., Ste. 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
Jim@jimshall.com

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on the _____ day of May 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

                                                               s/Jim S. Hall_____