UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF THE PETITION OF JILLIAN MORRISON, LLC, CHET MORRISON DIVING, LLC, CHET MORRISON CONTRACTORS, INC. AND CHET MORRISON SERVICES, LLC AS OWNER AND/OR OPERATOR OF THE M/V JILLIAN MORRISON PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 08-1255<br><br>HON. A. J. MCNAMARA<br><br>MAG. ALMA CHASEZ |

_____

## DISCOVERY PLAN
_____

On July 2, 2008, the parties participated in a Rule 26(f) Conference for the purpose of setting aside dates for conducting depositions in this matter and setting forth time frames for the propounding and answering of written discovery.

The dates set aside for scheduling depositions and deadlines, which were established and mutually agreed to by counsel for all parties, are as follows:

**DATES FOR SCHEDULING DEPOSITIONS:**

September 16-19, 2008

October 13-17, 2008

November 24-25, 2008

December 22-23, 2008

      January 19-23, 2009

      February 13, 19-20, 2009

      March 2-6, 2009

      April 6-10, 2009

      May 26-29, 2009

**DISCOVERY DEADLINES:**

Claimants' first set of joint discovery was propounded on the Morrison entities on July 14, 2008, and the Morrison entities' responses are due thirty days from receipt of said discovery.

The parties have agreed to use a document depository for all documents produced in this matter and are in the process of selecting a depository.

The parties are permitted to schedule and conduct depositions on dates other than the dates set forth above, if all counsel are available; however, the dates set forth above are specifically reserved for scheduling depositions in this matter, and all parties will make themselves available for depositions on those dates. The parties have further agreed that, to the extent possible, depositions will alternate between those being noticed by the Morrison entities and those being noticed by the Claimants. The parties have agreed that the depositions conducted during the first three weeks set aside will be limited to issues involving limitation and liability and claimants have agreed to appear for a second deposition during the following weeks to be deposed regarding medical issues and damages. The parties further agreed that this is a preliminary Discovery Plan and that additional dates for discovery and extension of the deadlines set forth herein can be requested from the court in the future, if necessary.

The parties will produce all witnesses under their control for an initial deposition in Metairie, Louisiana, and undertake efforts to have witnesses not under their control also appear in Metairie, Louisiana, for deposition. The depositions will be conducted in the Metairie offices of REICH, ALBUM & PLUNKETT and will begin at 9:00 a.m. and end at 5:00 p.m., with a one hour break for lunch.

New Orleans, Louisiana, this __28th__ day of ____August____, 2008.

_____
**JUDGE ALMA L. CHASEZ**