UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT        CIVIL ACTION
OF JILLIAN MORRISON, L.L.C., ET AL.
                                      NUMBER: 08-1255

                                      SECTION: "J"(5)

ORDER

The District Judge has elected to hear the Motion for Protective Order of Plaintiffs-in-Limitation, Jillian Morrison, et al., (Rec. doc. 458). Accordingly, oral argument on the Motion which was scheduled before the undersigned is hereby cancelled.

New Orleans, Louisiana, this 15th day of September, 2009.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE