UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF JILLIAN MORRISON, LLC, CHET MORRISON DIVING, LLC, CHET MORRISON CONTRACTORS, INC. AND CHET MORRISON SERVICES, LLC AS OWNER AND/OR OPERATORS OF THE M/V JILLIAN MORRISON PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * | CIVIL ACTION NO: 08-1255 C/W 08-1526, 09-2819, 09-3049, 09-4183, 09-4184, 09-4213, 09-4253, 09-4263, 09-4264, 09-4266, 09-4267, 09-4268, 09-4269, 09-4270, 09-4271, 09-4473, 09-4474, 09-4475, 09-4514 SECTION "J" JUDGE CARL J. BARBIER |
| Applies to: 08-1255 | * | MAGISTRATE ALMA L. CHASEZ |

****************************************

### AMENDED THIRD PARTY COMPLAINT
### AGAINST OFFSHORE SERVICES OF ACADIANA AND LLOYD'S OF LONDON

**NOW INTO COURT**, through undersigned counsel, come plaintiffs-in-limitation, Jillian Morrison, LLC, as owner, Chet Morrison Diving, LLC, Chet Morrison Contractors, Inc. and Chet Morrison Services, LLC, as owner *pro hac vice*, charterer and/or operator of the DSV JILLIAN MORRISON, who, in their Amended Third Party Complaint against Offshore Services of Acadiana and Lloyd's of London, aver upon information and belief as follows:

I.

Plaintiffs-in-limitation re-assert and re-aver as if copied herein *in extenso* the entirety of their Complaint for Exoneration from and/or Limitation of Liability (Record Doc No. 1) and Answer to Claim of Dennis Kane and Original Third Party Complaint against Offshore Services of Acadiana (Record Doc No. 89.)

1

II.

At all material times herein, Chet Morrison Contractors, Inc., Jillian Morrison, LLC, Chet Morrison Diving, LLC, and Chet Morrison Services, LLC were affiliated and/or subsidiary companies.

III.

At all material times herein, there was in effect a Master Service Contract between Chet Morrison Contractors, Inc. ("Chet Morrison") and Offshore Services of Acadian dated August 7, 2007.

IV.

Chet Morrison reasserts and re-avers, as if copied herein *in extenso*, all allegations set forth in its Original Third Party Complaint and amends the Complaint to add additional allegations and the additional Third Party Defendant:

1.

Made additional defendant herein is Lloyd's of London, who, at all material times herein, was and is a foreign insurer authorized to do and doing business within the State of Louisiana.

2.

Upon information and belief, Lloyd's of London and its subscribing underwriters issued a maritime liability policy to Offshore Services of Acadiana and the policy provides coverage to Offshore Services of Acadiana and Chet Morrison for the claims asserted by Dennis Kane.

3.

Pursuant to the terms of the Master Service Contract between Chet Morrison and Offshore Services of Acadiana, Offshore Services of Acadiana agreed to defend and indemnify Chet Morrison and its affiliated companies and customers for and against any and all personal

injury or death claims asserted by employees of Offshore Services of Acadiana, such as Dennis Kane. This defense and indemnification is without regard to the negligence, strict liability or fault of Chet Morrison or its employees.

4.

Chet Morrison previously tendered its defense and indemnity to Offshore Services of Acadiana, but the tender was rejected.

5.

Further, pursuant to the terms of the Master Service Contract between Chet Morrison and Offshore Services of Acadiana, Chet Morrison was to be named as an additional assured on Offshore Service of Acadiana's insurance policies, which policies cover the claims asserted by Dennis Kane against Chet Morrison herein.

6.

Further, and in the alternative, Offshore Services of Acadiana was obligated pursuant to the Master Service Contract to procure insurance coverage for Chet Morrison, including additional insured and waiver of subrogation endorsements. To the extent Offshore Services of Acadiana failed to procure such coverage, Offshore Services of Acadiana is liable to Chet Morrison for all damages caused as Chet Morrison's insurer.

7.

The policy provided by Lloyd's of London provide coverage to Chet Morrison as an additional insured for all claims asserted against it by Dennis Kane.

8.

Should Lloyd's of London refuse to indemnify Chet Morrison, then Lloyd's of London is liable to Chet Morrison for penalties and costs under Louisiana law, including, but not limited to, La. R.S. 22:1892 and 22:1973.

9.

Further, Lloyd's of London provides coverage Offshore Services of Acadiana for the claims asserted herein by Chet Morrison. Lloyd's of London is thus liable to Chet Morrison as a direct defendant pursuant to the provisions of Louisiana's Direct Action Statute, La. R.S. 22:655.

WHEREFORE, plaintiffs-in-limitation, Jillian Morrison, LLC, as owner, Chet Morrison Diving, LLC, Chet Morrison Contractors, Inc. and Chet Morrison Services, LLC, as owner *pro hac vice*, charterer and/or operator of the DSV JILLIAN MORRISON, pray that their Original and Amended Third Party Complaint be deemed good and sufficient and after due proceedings had, there by judgment herein in their favor and against Offshore Services of Acadiana and Lloyd's of London for attorney's fees, defense costs, litigation expenses, any and all judgment and/or settlement expenses, and pre-interest and post-interest as provided for by law and all other such relief as plaintiffs-in-limitation, Jillian Morrison, LLC, as owner, Chet Morrison Diving,

LLC, Chet Morrison Contractors, Inc. and Chet Morrison Services, LLC, as owner *pro hac vice*, charterer and/or operator of the DSV JILLIAN MORRISON, may be entitled in this Court.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, LLC**

/s/ ROBERT S. REICH
**ROBERT S. REICH (#11163)**
**LAWRENCE R. PLUNKETT, JR. (#23869)**
**JOHN B. ESNARD III (#25664)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, LA  70002
Tel:  (504) 830-3999 / Fax:  (504) 830-3950
*Attorneys for Jillian Morrison, LLC,*
*Chet Morrison Diving, LLC, Chet Morrison Contractors,*
*Inc. and Chet Morrison Services, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic service on this 28th day of September, 2009.

/s/ ROBERT S. REICH