```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

  IN RE: JILLIAN MORRISON, LLC,              CIVIL ACTION
  et al
                                             NO:08-1255

                                             SECTION: "J" (5)


**ORDER**

Before the Court is Plaintiffs' Motion to Compel (Rec. D. 624).

Plaintiffs request production of statements taken by Defendant on or about March 12, 2008, which was shortly after the accident that is the subject of this litigation. Defendant, who is also the Petitioner in this limitation action, contends that these statements were taken by its counsel and therefore subject to privilege.

Under Rule 26 of the Federal Rules of Civil Procedure, if a party shows that there is a "substantial need" for materials and that "without under hardship" it cannot "obtain their substantial equivalent," otherwise privileged materials are discoverable. FED. R. CIV. P. 26(B)(3)

In <u>Southern Ry. Co. v. Lanham</u>, the court found that statements taken shortly after an accident have a "unique" ability to reveal truth. 403 F. 2d. 119, 128 (5th Cir. 1968). The court held that because of this quality, contemporaneous statements are discoverable even where they might otherwise be subject to privilege. <u>Id.</u>

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Compel (Rec. D. 624) is **GRANTED**. Defendant is ordered to produce all the statements requested by Plaintiff in connection with interviews conducted shortly after the accident of March 11, 2008 as soon as possible but before the depositions scheduled in this matter on **October 20th, 2009.**

New Orleans, Louisiana, this the 19th day of October 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE