```
MINUTE ENTRY
BARBIER, J.
February 24th, 2010
```

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

IN RE JILLIAN MORRISON                       CIVIL ACTION

                                             NO. 08-1255

                                             SECTION "J" (5)


The Court held a status conference this date via telephone. The following were in attendance: Edward Johnson,, Robert Reich, John Esnard, and Ward Lafleur.  The Court ordered as follows:

**IT IS ORDERED** that the trial previously set for March 1, 2010 is **CONTINUED.** All remaining issues of limitation and liability will be tried in conjunction with the Tennessee Gas Line Company damage trial set for **July 26, 2010.** The previously entered scheduling order will remain in effect. (Rec. D. 735)

**IT IS FURTHER ORDERED** that this trial will be a bench trial and will commence promptly at **8:00 a.m.** on **July 26, 2010**.

**IT IS FURTHER ORDERED** that Tennessee Gas Line's **Motion to Expedite Hearing on Motion to Maintain Enforcement of Subpoenas** (Rec. D. 891) and Chet Morrison's **Motion to Expedite Hearing on Motion to Strike Witnesses** (Rec. D. 892) are **MOOT.**

**IT IS FURTHER ORDERED** that within thirty (30) days of the entry of this order, counsel shall provide the Court with a

status report regarding what claims remain in the consolidated matter and what questions regarding limitation and liability remain to be resolved.

\* \* \* \* \* \* \* \* \* \* \* \*

JS-10: 30 mins.